**STATE of Missouri, Respondent,**

v.

**Charles Allen WALBRECHT, Appellant.**

**Nos. WD 51004, WD 52279.**

Missouri Court of Appeals,
Western District.

March 11, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and HOWARD, JJ.

## ORDER

PER CURIAM.

Charles Allen Walbrecht appeals his conviction of nonsupport and five-year prison sentence. He also appeals the denial of his Rule 29.15 motion for post-conviction relief. We affirm. Rules 30.25(b) and 84.16(b).